969 A.2d 1145

IN THE MATTER OF MICHAEL D. SINKO,
AN ATTORNEY AT LAW.

May 15, 2009.

### ORDER

**MICHAEL D. SINKO of HADDONFIELD,** who was admitted to the bar of this State in 1977, having been convicted in the United States District Court for the Eastern District of Pennsylvania of one count of conspiracy to commit money laundering, in violation of 18 *U.S.C.* § 1956(a)(3)(B) and one count of money laundering, in violation of 18 *U.S.C.* § 1956(a)(3)(B) and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL D. SINKO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him,

effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL D. SINKO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL D. SINKO** comply with *Rule* 1:20–20 dealing with suspended attorneys.